**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMIAH LEO HERNANDEZ,<br>Petitioner,<br>v.<br>ROBERTO ARIAS,<br>Respondent. | Case No. 2:25-cv-02090-MEMF (E)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus by a Person in State Custody, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made.

On March 30, 2026, the Court ordered Petitioner to file a First Amended Petition because significant portions of his original Petition were vague and difficult to understand. (ECF No. 20 at 2.) On April 17, 2026, Petitioner filed a First Amended Petition. (ECF No. 22.) The Report and Recommendation ("Report") recommends the dismissal of the First Amended Petition because it again fails to state facts that point to a real possibility of constitutional error. (ECF No. 28 at 2.) Petitioner's objections to the Report do not merit a different result.

Petitioner objects that the Report made condescending comments about a cybersecurity company Petitioner had founded. (ECF No. 29 at 1.) Petitioner also expresses his frustrations with the state of California with regard to his business. (*Id*. 1-3.) The Court finds no such comments in the Report, and Petitioner's objections are not responsive to anything in the Report. As the Report found, Petitioner's business has nothing to do with whether he has a cognizable federal habeas claim. (ECF No. 28 at 2.)

Petitioner objects that he is "not jumping through hoops" to "say the exact wording" the Court wants to hear. (ECF No. 29 at 3.) Petitioner also objects that he will not "be tolerating all these rubber stamp based write ups and hearings." (*Id*. at 4.) As the Court has repeatedly explained to Petitioner, however, the Court cannot review Petitioner's habeas claims if he is unable or unwilling to state them. (ECF No. 20 at 3; ECF No. 28 at 4.)

The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered denying and dismissing the First Amended Petition without further leave to amend and with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

DATED: September 30, 2026

MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE